IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                 )<br>          Plaintiff,          )<br>                                 )<br>      v.                             )<br>                                 )<br>HUGO ALEXANDER BERMUDEZ-CRUZ,  )<br>                                 )<br>         Defendant.       )<br>                                 ) | 8:00CR259<br><br>REASSIGNMENT ORDER |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned from District Judge Thomas M. Shanahan to District Judge Joseph F. Bataillon for all dispositive matters.

DATED this 14th day of March, 2006.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE